**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00569-CV

————————————

**JAMIE LEE HOOD-CROSSLAND, Appellant**

**V.**

**MICHAEL RAY CROSSLAND, Appellee**

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Case No. 2016-68169

## MEMORANDUM OPINION

Appellant Jamie Lee Hood-Crossland has neither established indigence nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's

fault). After being notified that this appeal was subject to dismissal, appellant did not respond.

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.